

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-13-00820-CR

Jose Isabel Martinez **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRU010-D4
Honorable Oscar J Hale, Jr., Judge Presiding

**O R D E R**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Appellant's brief was originally due May 22, 2014; however, the court has granted appellant extensions of time to file the brief until August 7, 2014. Appellant has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion. We **order** appellant's attorney, **Guillermo Lara Jr.**, to file the appellant's brief by **September 8, 2014. No further extensions of time will be granted.** If the brief is not filed by the date ordered, the court will abate this appeal and remand it to the trial court for an abandonment hearing. Counsel may also be ordered to appear before this court to show cause why he should not be held in contempt for failing to comply with the court's order.

We further order the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court